No. 70–5269. BARNES *v.* LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–326. LOWE *v.* LOWE. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–340. BRANTON ET AL. *v.* PARKER, TREASURER OF LOUISIANA, ET AL. Appeal from Sup. Ct. La. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of substantial federal question.

No. 71–348. MEALEY ET AL. *v.* CITY OF LARAMIE ET AL. Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question.

No. 71–360. UNITED AIR LINES, INC. *v.* MICHIGAN ET AL. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 71–5170. WOOD ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN is of the opinion that probable jurisdiction should be noted and case set for oral argument.